# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS**

UNITED STATES OF AMERICA
V.
**Adan VEGA-Salazar**
YOB: 1980
Mexican National

## CRIMINAL COMPLAINT

Case Number: M-16-1209-M

I, Nicholas J. Ilg, the undersigned complainant state that the following is true and correct to the best of my Knowledge and belief. On or about **June 23, 2016** (Date) in **Hidalgo** County, in the **Southern** District of **Texas** Defendant(s) did,

Knowingly and intentionally possess with intent to distribute approximately 3.12 kilograms of Cocaine, a Schedule II controlled substance, and did knowingly and intentionally conspire to possess with intent to distribute approximately 3.12 kilograms of Cocaine, a Schedule II controlled substance.

in violation of Title **21** United States Code, Section(s) **841(a)(1), 846**.

I further state that I am a(n) **HSI Special Agent** (Official Title) And that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:  **X** Yes  ☐ No

approved by
/s/

Signature of Complainant

Nicholas J. Ilg   Special Agent HSI
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 24, 2016                                   at   McAllen, Texas
Date                                                  City and State

U.S. Magistrate Judge  Dorina Ramos                  /s/ Dorina Ramos
Name and Title of Judicial Officer                   Signature of Judicial Officer

## Attachment "A"

On June 23, 2016 at approximately 11:03 A.M. a Chevrolet Cheyenne baring Mexican license plate RF-22347, made entry into the United States from Mexico at the Anzalduas, Texas Port of Entry (POE). The operator and sole occupant was positively identified as Adan VEGA-Salazar a citizen and national of Mexico, entering the United States on a Border Crossing Card. During primary inspection the Customs and Border Protection Officer (CBPO) received a negative oral declaration from VEGA-Salazar for contraband, to include narcotics.

VEGA-Salazar and the Chevrolet were referred for Non-Intrusive Inspection via X-Ray. CBPOs detected an anomaly in the engine compartment of the Chevrolet. A CBP Canine Enforcement Officer and his assigned canine (K-9) conducted an inspection of the vehicle. The K-9 alerted the CBP Canine Enforcement Officer to the odor of narcotics, emitting from or near the front of the vehicle. Further inspection by CBPOs located post-factory instillation of a compartment between the vehicles radiator and the air conditioner condenser.

CBPO's extracted three (03) individually wrapped bundles from within the Chevrolets compartment. CBPO's examined and field drug tested a sample from each package. The field drug tests bore positive results for the chemical characteristics of cocaine. The resulting weight of the three (03) bundles, without wrappings, consisted of approximately three-point-twelve (3.12) kilograms.

Homeland Security Investigations (HSI) McAllen Special Agents (SA) were contacted, advised of the incident, and responded to the Anzalduas POE.

HSI SA's advised VEGA-Salazar of his constitutional rights, in the Spanish Language, on a Statement of Rights Document. VEGA-Salazar signed the rights document, affirming verbally and in writing that he understood his rights and wished to waive these rights.

VEGA-Salazar stated he entered the United States with the sole intent to transport narcotics from Mexico into the United States for distribution within the United States. VEGA-Salazar stated he packaged the bundles of the cocaine and that he had concealed the bundles within the Chevrolet. VEGA-Salazar stated he understood the total weight of the bundles to be approximately three (03) kilograms. VEGA-Salazar he was to be paid, by unknown parties, approximately three-hundred dollars ($300) to deliver the cocaine to the United States.